UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANE ROE 1 AND JANE ROE 2 on behalf of themselves and on behalf of other similarly situated individuals, and DREAMGIRLS AT FOX'S LLC, a Washington Limited Liability Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>JULIE ANDERSON, Pierce County Auditor, PIERCE COUNTY, a county in the State of Washington, and DAVID VAN VLEET<br><br>Defendants. | Cause No.  3:14-cv-05810<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

This matter having come before the Court on the Plaintiffs Motion for a Temporary Restraining Order, the Court finds as follows:

1. Plaintiffs' counsel, Defendants Anderson and Pierce County have been given notice of Plaintiffs Emergency Motion for a Temporary Restraining Order and Order to show cause.

2. According to the declaration of Plaintiff's counsel, Defendant Van Vleet could not be given notice in a timely manner because his only known address is a post office box. Plaintiffs have endeavored to provide him with the best possible notice under the circumstances.

TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE - 1

H:\ORDERS\Jane Roe tro.doc

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252

3.  Unless a temporary restraining order is granted, Plaintiffs will suffer irreparable injury consisting of public disclosure of their personal, private information to Defendant Van Vleet and potentially the public at large.  Public disclosure of Plaintiffs' personal information will result in deprivation of their First Amendment rights and right of privacy under the United States Constitution; it poses a threat to their physical safety; and unless temporary restraining order is granted, the fruits of Plaintiffs' lawsuit will be permanently lost.

NOW THEREFORE it is ordered as follows:

Defendants Anderson and Pierce County are enjoined from complying with Defendant Van Vleet's request pursuant to the Public Records Act and shall not provide copies of Plaintiffs' licenses to Defendant Van Vleet or allow viewing of said documents by him pending a hearing on Plaintiffs' Motion for a Preliminary Injunction.  Defendants Anderson and Pierce County are likewise enjoined from complying with any other Public Records Act requests submitted by Defendant Van Vleet pertaining to any dancer or manager personal licensing information, including their licenses and license applications, maintained by the Pierce County Auditor pursuant to Chapter 5.14 of the Pierce County Code, pending a hearing on Plaintiff's Motion for a Preliminary Injunction.

In the event that any other Public Records Act requests are made between now and the time of the hearing on Plaintiffs Motion for a Temporary Restraining Order and Order to Show Cause, pertaining to manger or dancer licensing information acquired by the Auditor pursuant to Chapter 5.14 of the Pierce County Code, Defendants Anderson and Pierce County shall provide written notice of the said request to Plaintiffs' counsel and allow sufficient time for him to obtain a court order preventing disclosure.

TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE - 2

H:\ORDERS\Jane Roe tro.doc

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252

Defendants shall appear before this Court on the **23rd** day of **October, 2014** at **9:30 a.m.** and then and there show cause as to why the Court should not issue a preliminary injunction as requested in the Plaintiffs' complaint.

Plaintiffs shall post security for issuance of the Temporary Restraining Order with the Clerk of the Court in the amount of $500.00.

**This Order shall expire within 14 day of issuance unless extended by Order of the Court upon a showing of good cause.**

Dated this 15th day of October, 2014

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Gilbert H. Levy_____
Gilbert H. Levy, WSBA 4805
Attorney for Plaintiffs

TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE - 3

H:\ORDERS\Jane Roe tro.doc

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252