HONORABLE RONALD LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE ROE 1 AND JANE ROE 2 on behalf of themselves and on behalf of other similarly situated individuals, and DREAMGIRLS OF TACOMA, LLC, a Washington Limited Liability Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JULIE ANDERSON, Pierce County Auditor, PIERCE COUNTY, a county in the State of Washington, and DAVID VAN VLEET, an individual<br><br>Defendants. | DECLARATION OF JANE DOE<br><br>14-CV-5810-RBL |

JANE DOE declares and certifies as follows:

1.  I am over 18 years old, and I am competent to be a witness. I have personal knowledge of the facts laid out below.

2.  I read an article online about the above-captioned case and contacted counsel for the Plaintiffs because I want this Court to know that the dangers cited by the Plaintiffs are real.

3.  I am a former exotic dancer. I worked at a nightclub in Seattle, Washington.

4.  While I was working as a dancer, I used a stage name in order to conceal my true identity from clients. I did not want the information that I was an exotic dancer to become public,

DECLARATION OF JANE DOE - 1

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330

and I did not want to be contacted by clients outside of the work environment. Because of the nature of my work, I did not think that it would be safe to allow clients to contact me when I was not at the nightclub, where I was protected by bouncers and other employees.

5. In 2009, while I was working as a dancer, a client of mine made a public records request and obtained a copy of my license. In addition to my stage name and the address of the club in which I worked, this license revealed my legal name, personal telephone number, and home address. This client then began contacting me. He first contacted me on October 9, 2009, via a friend request on Facebook. I posted to an exotic dancing message board online and asked other dancers how this client could know my full name, and asking advice. The other women advised me to ignore the request, which I did. The next contact from this client was via text message to my personal mobile phone, three days later. I continued to receive texts from him in the following days, at which point, I decided to respond and ask him how he had obtained my information. He eventually revealed that he had requested my license information using only my stage name. I continued to receive texts, phone calls, and emails from this client for over a year, despite my requests that he stop contacting me.

6. Having a client make repeated contact with me outside of work was extremely unsettling. I did not know initially how he had acquired my information – I was confident that I had not revealed any identifying information to him. I do not use drugs or even drink alcohol; I knew that he did not get my information from me. I have always been extremely protective of my personal details while working in the adult industry. I went as far as to provide false hometowns, college names, and so on when clients were persistent in

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330

hearing about my life. The only way I could imagine that the client could have obtained my information was through an employee at the club, but I had not given my full name to any of the dancers, bouncers, or waitresses. This made me feel suspicious of the club management; I felt vulnerable even to those who were employed to protect me. I was nervous on my commute to and from work, I felt afraid when I was home alone, and I was distrustful of people with whom I interacted daily. In the end, the client did not escalate to physical violence or in-person stalking, but the situation was upsetting and scary.

7. When I learned that it was not my co-workers or an acquaintance that had revealed my personal information, but rather, the city of Seattle, I felt even more violated. As soon as I learned the method the client had used to find my contact information, I went to the city's website and tried searching for my stage name in the online license database. When it immediately revealed my name, phone number, and address, I truly felt more exposed than I felt on stage as an exotic dancer. When dancing, the interaction is two-way, and I am aware of what the client is seeing. I have some sense of control over the situation. With the public release of my information available to the world, I didn't just feel exposed; I felt violated and vulnerable. I looked up the names of some of my fellow dancers, and found them all with ease. I had no idea if other clients had looked up my information, were driving past my house, or looking at my Facebook photos. I closed down my Facebook account privacy settings, so it would not be possible to find me in searches. This setting is still active; I'm still uncomfortable with the idea of a stranger identifying me so easily. I wish now that I had confronted the city about this issue, but I

**Gilbert H. Levy**
Attorney at Law
2003 Western Avenue, Ste 330

did not feel that I had any power in the situation. I chose not to renew my license after I stopped dancing in 2010. I did not want my information to continue to be available, or show up in search engine results when friends, family, or employers casually searched my name.

8. I want to remain anonymous now because I have moved on from working in the adult entertainment industry, have a different job in a different field, and don't want to be outed as a former dancer to my employer, friends, and family. I also do not want my former client or any other individual to harass me if they read about me participating in this lawsuit.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 22, 2014

/s/ Jane Doe
Jane Doe

*(Actual signature to be retained in files of counsel for Plaintiffs.)*

DECLARATION OF JANE DOE - 4

**Gilbert H. Levy**
Attorney at Law
2003 Western Avenue, Ste 330

CERTIFICATE OF SERVICE

I certify that on October 22, 2014, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/s/Gilbert H. Levy

Gilbert H. Levy WSBA# 4805

Attorney for Plaintiffs

DECLARATION OF JANE DOE - 5

**Gilbert H. Levy**
Attorney at Law
2003 Western Avenue, Ste 330